[No. 38789-1-II.  Division Two.  November 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LORENZO QUINDELOS HAYNES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-02623-1, James R. Orlando, J., entered January 9, 2009. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 25835-1-III.  Division Three.  November 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY GEORGE BUCKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-01261-1, Carrie L. Runge, J., entered February 12, 2007. *Remanded with instructions* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Korsmo, JJ.

[No. 27320-2-III.  Division Three.  November 24, 2009.]

RANDY JORGENSON ET AL., *Appellants*, v. JOEL GOUGH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 07-2-00098-5, Philip W. Borst, J., entered July 17, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 27445-4-III.  Division Three.  November 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE GERARDO MEJIA RANGEL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-00822-4, Linda G. Tompkins, J., entered September 2, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Korsmo, JJ.